U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV - 1 2007

ROBERT H. SHEMWELL, CLERK
BY ________ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **RONNIE BIAS** | : | **DOCKET NO. 01 CV 434** |
| **VS.** | : | **JUDGE MINALDI** |
| **BETH LUNDY, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

**ORDER**

Before the court is a Motion in Opposition to Deposition of Dr. Sharon Finister, filed by the defendants on October 31, 2007. The deposition is scheduled for November 2, 2007, at 2 p.m., and the defendants received written notice of the deposition on October 31, 2007. Trial is scheduled for November 5, 2007 at 10 a.m. A party is required to give "reasonable notice" of depositions in writing to the opposing parties. F. R. CIV. PRO. 32(a)(3) & 30(b)(1). Under F. R. CIV. PRO. 32(a)(3), a deposition shall not be used against a party who received less than eleven (11) days notice of a deposition and promptly filed a motion for a protective order under Rule 26(c)(2) requesting that the deposition not be held; accordingly,

IT IS ORDERED that the Motion in Opposition to Deposition of Dr. Sharon Finister is hereby GRANTED.

SIGNED in Chambers at Lake Charles, Louisiana, this 1st day of Nov, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE